UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED

DEC 15 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
               DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Enrique NAVARRO-GARCIA**
Docket Number: 2:91CR00371-01
PERMISSION TO TRAVEL
<u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Jacona Michoacan, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 18, 1992, Mr. Navarro-Garcia was sentenced for the offense(s) of 21 USC 841(a)(1) and 846 - Conspiracy to Distribute and Possess Cocaine with Intent to Distribute; and 21 USC 841(a)(1) - Possession of Cocaine with Intent to Distribute.

**Sentence imposed:** The offender was committed to the custody of the Bureau of Prisons for a term of 135 months on each count, to be served concurrently. On May 4, 2001, he began a 5-year term of supervised release. His supervision expires on May 3, 2006.

**Dates and Mode of Travel:** On or about December 19, 2005, through December 28, 2005, via automobile.

**Purpose:** To attend family wedding.

Rev. 03/2005
TRAVELOC.MRG

RE:    Enrique NAVARRO-GARCIA
       Docket Number:  2:91CR00371-01
       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully submitted,

/s/Toni M. Ortiz
**TONI M. ORTIZ**
**United States Probation Officer**

DATED:   December 14, 2005
            Sacramento, California
           TMO/cp

REVIEWED BY:   /s/Kyriacos M. Simonidis
                       **KYRIACOS M. SIMONIDIS**
                       **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved  ✓                     Disapproved _____

12/15/05                                     /s/ Edward J. Garcia
Date                                               **EDWARD J. GARCIA**
                                              **Senior United States District Judge**